### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**SEDRIC DEON ARMSTRONG**                                                    **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO.: 3:21-cv-658-KHJ-MTP**

**OFFICER CARLTON PIGG and**
**OFFICER MARLON ROSADO**                                                 **DEFENDANTS**

### REPORT AND RECOMMENDATION

On October 18, 2021, Plaintiff, proceeding *pro se* and *in forma pauperis*, filed his Complaint [1] pursuant to 42 U.S.C. § 1983. Plaintiff complained about the conditions of his confinement while housed at the Madison County Detention Center in September of 2021. As relief, Plaintiff requested monetary damages and release from jail.

The parties appeared and participated in an omnibus hearing before the Court on June 2, 2022. During the hearing, Plaintiff moved to dismiss this action. Plaintiff testified that his motion to dismiss was freely given, voluntary, and that no one had coerced him into dismissing his claims. Plaintiff also acknowledged that he understood that any dismissal would be with prejudice, meaning that he could not re-urge his claims in the future. The Defendants do not oppose Plaintiff's request.

Thus, the undersigned recommends that the Court grant Plaintiff's motion to dismiss and that this action be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

### NOTICE OF RIGHT TO OBJECT

In accordance with the rules and 28 U.S.C. § 636(b)(1), any party within fourteen days after being served a copy of this recommendation, may serve and file written objections to the recommendations, with a copy to the judge, the magistrate judge and the opposing party.  The

District Judge at the time may accept, reject or modify in whole or part, the recommendations of the Magistrate Judge, or may receive further evidence or recommit the matter to this Court with instructions.  The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendations contained within this report and recommendation within fourteen days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court to which the party has not objected.  *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1428-29 (5th Cir. 1996).

       This the 2nd day of June, 2022.

                                     s/Michael T. Parker
                                     UNITED STATES MAGISTRATE JUDGE